IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO QUANT,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>PEOPLE OF CALIFORNIA,<br><br>　　　　Respondent(s). | No. C 11-0001 CRB (PR)<br><br>ORDER OF TRANSFER |

  Petitioner seeks federal habeas review of a conviction and sentence from Orange County Superior Court, which lies within the venue of the Central District of California, Southern Division. See 28 U.S.C. § 84(c)(3). Petitioner is currently on supervised probation in Santa Clara County, which lies within the venue of this judicial district. See id. § 84(a).

  Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction and/or sentence preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

      Because Orange County lies in the Southern Division of the Central District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Southern Division.

      The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  Jan. 18, 2011

                                    CHARLES R. BREYER
                                    United States District Judge

G:\PRO-SE\CRB\HC.11\Quant, A1.transfer.wpd

2