UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO QUANT, | ) | Case No. SA CV 11-131 CAS (MRW) |
|         Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| RAFAEL SERRETT,<br>Orange County Probation Department, | ) | |
|         Respondent. | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: November 10, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE